RECEIVED
BY MAIL
SEP 26 2005
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Appellee, | § | |
| v. | § | Case Nos. [DC] 02-320(1)JRT<br>[CA] 03-2177 |
| ANDY ROGER BACCAM, | § | Judge John R. Tunheim |
| Defendant-Appellant. | § | |

**MOTION FOR ORDER DIRECTING DISCHARGED COUNSEL TO RETURN DEFENDANT'S FILES AND RECORDS**

COMES NOW, defendant-appellant, Andy Roger Baccam (hereinafter "defendant"), appearing pro se, and respectfully moves this Honorable Court for an order directing discharged counsel, David Reyes, Post Office Box 390222, Edina, Minnosota 55439, (952) 828-9000, to return to defendant the files and records in their entitety which were generated in and for the above-entitled cause.

Defendant bases the instant motion on the following:

1. On July 13, 2005, the Eighth Circuit Court of Appeals affirmed defendant's sentence. Mr. Reyes served as defendant's counsel throughtout the appellate proceedings.

2. On August 31, 2005, defendant sent to Mr. Reyes a letter wherein defendant informed Reyes that he (defendant) is considering petitioning the Supreme Court for writ of certiorari. See (attached) letter. Defendant specifically requested that Reyes return defendant's files and records prompty so as to allow

SCANNED
SEP 26 2005
U.S. DISTRICT COURT MPLS

defendant an adequate amount of time to file the petition before the ninety-day time limitation expires. Id.

3. As of the date of the instant motion, defendant has not received any correspondence from Reyes. Meanwhile the petition for writ of certiorari is due to expire on October 13, 2005.

4. Defendant is in dire need of said files and records in order to have a meaningful opportunity at having the Supreme Court grant certiorari.

Wherefore, defendant asks the Court to grant the instant motion and issue the aforementioned order.

Dated: September 20, 2005

Respectfully submitted,

Andy Baccam

Andy Roger Baccam
Reg. No. 10647-041
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

Appearing Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2005, I delivered a true and correct copy of the herein and foregoing MOTION FOR ORDER DIRECTING DISCHARGED COUNSEL TO RETURN DEFENDANT'S FILES AND RECORDS to David Reyes, Esq., Post Office Box 390222, Edina, MN 55439, by depositing the same in the institution's internal mail system, first class postage fully prepaid.

Andy Baccam

Andy Roger Baccam