Andy R. Baccam
Reg. No. 10647-041
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

---

August 31, 2005

David Reyes
Attorney at Law
Post Office Box 390222
Edina, Minnesota 55439

Re: United States v. Andy R. Baccam
No. 03-2177

Dear Mr. Reyes:

As you well know, I have ninety days from the July 13, 2005 order by the Eighth Circuit affirming my sentence to file a petition for writ of certiorari with the Supreme Court. Despite the seemingly hopeless odds of even obtaining review by the High Court, I am seriously entertaining this prospect.

Realizing that you might not see any use in seeking review with the Supreme Court, I have decided to prepare the petition on my own, if necessary.

Would you please respond to this letter by informing me as to your position on this matter? If you are against the idea, I will understand. I only ask that you would please return to me my entire file so that I can prepare the petition.

Thank you for your time and attention to this matter.

Respectfully yours,

Andy Baccam

Andy R. Baccam