02cv 320

Tina M. Sabby

**Sabby & Reyes, L.L.C.**
P.O. Box 390222
Edina, Minnesota 55439
(952) 828-9000 • (651) 592-3350 • Toll Free: (866) 274-0150
Fax: (952) 942-8823 • Voice Mail: (952) 736-6196

David Reyes

RECEIVED BY U.S. MAIL
U.S. DIST COURT MINNEAPOLIS, MN

September 27, 2005

Mr. Andy Roger Baccam
Reg. No. 10647-041
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555-5000

Re: United States of America v. Andy Roger Baccam
No. 03-2177
Request for Copy of File

Dear Andy:

Today I received your Motion for Order Directing Discharged Counsel to Return Defendant's Files and Records.

I have previously sent you copies of all requested documents. You should have transcripts of the September 26, 2002, hearing; the December 23, 2002, plea hearing; and the April 17, 2003, sentencing hearing. You should have copies of all Briefs. However, I am sending you all Briefs once again.

Enclosed are copies of all additional documents in your file. You may already have copies of the documents. Please contact me if you have any questions or concerns.

Very truly yours,

E. David Reyes
Attorney at Law

C: Judge John R. Tunheim
United States District Court

SCANNED
SEP 29 2005
U.S. DISTRICT COURT MPLS