**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDY R. BACCAM,<br><br>Defendant. | Criminal No. 02-320 (1) JRT/FLN<br>Civil No. 05-2800 JRT<br><br>**ORDER** |

---

Christopher S. Wilson, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andy R. Baccam, Federal Correctional Institute, #10647-041, Post Office Box 5000, Perkin, Illinois 61555-5000, pro se defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 (Docket No. 44). **IT IS HEREBY ORDERED** that the government shall respond to the said motion by January 6, 2006.

Dated: December 9, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge