**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, I served, or caused to be served, the following documents:

**RESPONSE OF THE UNITED STATES TO BACCAM'S MOTION TO VACATE SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. SECTION 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

N/A

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Andy R. Baccam, Pro Se
Reg. #10647-041
FCI - Pekin
P.O. Box 5000
Pekin, Il 61555

THOMAS B. HEFFELFINGER
United States Attorney

s/ Tamara A.S. Cuddihy

BY: TAMARA A.S. CUDDIHY
Legal Assistant