**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDY R. BACCAM,

Defendant.

Criminal No. 02-320(1)(JRT/FLN)
Civil No. 05-2800 (JRT)

**ORDER**

---

Chris S. Wilton, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andy Roger Baccam, #10647-041, Federal Correctional Institution, P.O. Box 5000, Pekin, IL 61555, defendant and pro se petitioner.

E. David Reyes, **SABBY & REYES**, P.O. Box 390222, Edina, MN 55439, for defendant.

Petitioner Andy R. Baccam has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, alleging violations of his right to due process and effective assistance of trial counsel. In short, Baccam alleges in his petition that his guilty plea was not knowing and voluntary because he received ineffective assistance of counsel. He asserts that his defense counsel, E. David Reyes, affirmatively misstated the elements for possession of a firearm during and in furtherance of a drug trafficking crime under 18 U.S.C. § 924(c)(1)(A), and that Baccam would not have pled guilty if he was properly advised of the elements. Baccam provides a sworn statement laying out his

recollection of the key events and his communications with Reyes on this issue. Lacking from the record, however, is an explanation of the events and communications from the perspective of Reyes.

Based on the foregoing, all the records and files herein, **IT IS HEREBY ORDERED** that:

1. Mr. E. David Reyes shall file a response to Baccam's petition within **45 days** of this Order. Specifically, Reyes should address his understanding of the elements of a violation of 18 U.S.C. § 924(c)(1)(A) at the time of his representation of Baccam, the communications he had with Baccam on the elements of this offense, why he recommended that Baccam plead guilty, how his understanding of the elements of the offense influenced his recommendation to plead guilty, and any other information that would be helpful to the Court in assessing the merits of Baccam's petition.

2. The Clerk of Court is **DIRECTED** to provide Reyes with a copy of the Pro Se Motion to Vacate under 28 U.S.C. 2255 [Docket No. 44], the Response to Motion by United States of America [Docket No. 46], and the Pro Se Reply to Response [Docket No. 47], together with a copy of this Order.

3. The Clerk of Court is also **DIRECTED** to mail a copy of this Order to Andy R. Baccam.

3. The United States or Baccam may file a reply within **45 days** of the filing by Reyes.

Dated: August 22, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge