**Tina M. Sabby** **Sabby & Reyes, L.L.C.** **David Reyes**
P.O. Box 390222
Edina, Minnesota 55439
(952) 828-9000 • (651) 592-3350 • Toll Free: (866) 274-0150
Fax: (952) 942-8823 • Voice Mail: (952) 736-6196

October 2, 2006

The Honorable John R. Tunheim
United States District Court Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Re: United States v. Andy R. Baccam
Criminal No. 02-320(1)(JRT/FLN)
Civil No. 05-2800 (JRT)

Dear Judge Tunheim:

Enclosed per your Order is Response of Attorney to Baccam's Motion to Vacate Set Aside or Correct Sentence Pursuant to 28 U.S.C. 2255 in regard to the above-referenced case.

Please let me know if you need additional information.

Very truly yours,

E. David Reyes

Enclosure

C: Chris Wilton, U.S. Attorney's Office
Andy R. Baccam