**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2006, I serviced, or caused to be served, the following documents:

RESPONSE OF ATTORNEY TO BACCAM'S MOTION TO VACATE SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

The Honorable John R. Tunheim, United States District Judge
Chris Wilton, Assistant U.S. Attorney
Clerk of Federal District Court

s/E. David Reyes

BY: E. David Reyes
Attorney for the Defendant