# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Andy Roger Baccam CR 02-320(1) JRT/FLN
2. Defendant and Address: Reg No. 10647-041
   FCI - Pekin
   P.O. Box 5000
   Pekin, IL 61555
3. Date of verdict: N/A
4. Appealing: (X) Order denying Motion to Vacate 28:2255
5. Sentence: Custody of BOP for 188 months, 4 yrs supervised released, spec assmt of $200.00
6. Date sentence imposed: 4/17/03
7. Defendant incarcerated? (X) Yes
8. Financial Status: Fee paid?(X) N/A Counsel previously appointed - appeal filed pro se
9. Notice of Appeal was filed on 3/5/07
10. Court Reporter: N/A

    PHONE #
11. Trial Counsel: Appeal filed Pro Se

    PHONE #
12. Trial counsel was: (X) Previously appointed (X) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal? (X) No
13. Assistant U.S. Attorney: Christian S. Wilton PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:

    N/A
15. Additional Comments:

    **Probation - No PSI needed for this appeal**

Prepared by: mf