**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-1786**

**Andy Roger Baccam,**

**Appellant**

**v.**

**United States,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:05-cv-02800-JRT)

---

**JUDGMENT**

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

April 16, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans